UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JOSEPH DECCOLA**, individually and on behalf of all similarly situated individuals,<br><br>  Plaintiff,<br><br>  v.<br><br>**AMERICAN SUGAR REFINING, INC.**<br><br>  Defendant. | Case No. 1:18-CV-00216<br><br>Judge Christopher A. Boyko<br><br>Magistrate Judge Jonathan D. Greenburg |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO APPROVE SETTLEMENT, FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND TO DISMISS

This matter came before the Court on Plaintiff's Unopposed Motion to Approve Settlement, For an Award of Attorneys' Fees and Expenses, and to Dismiss with Prejudice. The Court, being apprised of the issues and having considered Plaintiffs' unopposed motion, concludes that good cause exists to approve the settlement and an award of attorneys' fees and expenses, and to dismiss the case.

Accordingly, it is ORDERED that:

1. The Parties' settlement is APPROVED in the amount of $12,000, exclusive of fees and expenses;

2. An award of attorneys' fees and expenses is APPROVED in the amount of $6,000.

1

3. The case is DISMISSED without prejudice, to convert to a with prejudice dismissal 30 days after entry of this Order, each party to bear its own fees and costs except as otherwise described herein and in the Agreement

DATED: __March 10_____, 2020

                                                        _s/Christopher A. Boyko_____
                                                        Judge: Christopher A. Boyko